LAW OFFICES
HOWARD LEE SCHIFF, P.C.

510 TOLLAND STREET - POST OFFICE BOX 280245 - EAST HARTFORD, CT 06128-0245
TELEPHONE (860) 528-9991 - FAX (860) 528-7602

340 MAIN STREET - SUITE 959 - WORCESTER, MA 01608-1603
TELEPHONE (508) 753-9991 - FAX (508) 753-0260

10 DORRANCE STREET - SUITE 515 - PROVIDENCE, RI 02903-2018
TELEPHONE (401) 861-9991 - FAX (401) 861-0246

EAST HARTFORD, CONNECTICUT
PORTLAND, MAINE
WORCESTER, MASSACHUSETTS
CONCORD, NEW HAMPSHIRE
PROVIDENCE, RHODE ISLAND
RUTLAND, VERMONT

October 7, 2006
MARK F MEDEIROS :
RE: CAPITAL ONE BANK
DEBTOR: MARK F MEDEIROS
CN: M69309 R1 Balance Due: $3,722.20

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY FURTHER INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

We suggest that you call us at (866) 234-7606 to make a payment over the phone or mail us a check or money order for the balance due payable to "Law Offices Howard Lee Schiff, P.C." unless you intend to exercise your rights as stated in the Validation Notice below. All questions and payments should be directed to this firm. Please reference the CN number M69309in any corresponsence with this office. You may also make payments via out Internet payment site WWW.PAYSCHIFF.COM.

VALIDATION NOTICE

If you do not dispute the validity of the debt, or any portion thereof, within 30 days of the receipt of this letter, we will assume it is valid. If you dispute the validity of this debt or any portion thereof, in writing within 30 days of receipt of this letter, we will obtain and mail you verification of the debt or a copy of a judgment against you. At your request, in writing within 30 days of receipt of this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

Respectfully,

Law Offices Howard Lee Schiff, P.C.

To assure proper credit, simply write the "CN" number shown above on the bottom of your payment, and return it with this part of this letter in the enclosed reply envelope.

MARK F MEDEIROS
464 EATON ST

PROVIDENCE RI 02908

October 7, 2006
RE: CAPITAL ONE BANK

CN: M69309
Balance: $3,722.20

LAW OFFICES

# HOWARD LEE SCHIFF, P.C.

EAST HARTFORD, CONNECTICUT
PORTLAND, MAINE
WORCESTER, MASSACHUSETTS
MANCHESTER, NEW HAMPSHIRE
PROVIDENCE, RHODE ISLAND
RUTLAND, VERMONT

510 Tolland Street East Hartford, Connecticut 06108
Telephone (860) 528-1645 Facsimile (860) 528-7602

MARK F MEDEIROS
464 EATON ST
PROVIDENCE RI 02908

November 15, 2006

RE: CAPITAL ONE BANK
DEBTOR: MARK F MEDEIROS
CN-M69309
CURRENT BALANCE DUE: $3,771.15

Dear MARK F MEDEIROS

In the interest of resolving this debt with our client, we have been authorized to offer you a settlement of 75% of the balance due, IF RECEIVED AT OUR OFFICE BY DECEMBER 18, 2006. This is a substantial savings to you. This settlement program is valid if funds are received HERE by MONDAY, DECEMBER 18, 2006.

You may also make this settlement using our Internet payment site WWW.PAYSCHIFF.COM. By resolving this NOW this debt will be marked settled and satisfied. Note that any PRIOR settlement arrangement is NOT included or affected in this offer.

Please note that settlement of this account may have some tax consequences. You may wish to contact your tax advisor or the IRS directly at (800) 829-1040.

Please call us at (866) 234-7606 if you are interested in taking advantage of this offer. We have many suggestions to assist you in acquiring settlement funds. Even if you are not able to take advantage of this offer at this time, we need to hear from you. Please refer to our file CN-M69309 in any contact with our firm.

Respectfully,

Law Offices Howard Lee Schiff, P.C.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A CLAIM OR DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

2S

LAW OFFICES

# HOWARD LEE SCHIFF, P.C.

EAST HARTFORD, CONNECTICUT
PORTLAND, MAINE
WORCESTER, MASSACHUSETTS
MANCHESTER, NEW HAMPSHIRE
PROVIDENCE, RHODE ISLAND
RUTLAND, VERMONT

510 Tolland Street East Hartford, Connecticut 06108
Telephone (860) 528-1645 Facsimile (860) 528-7602

MARK F MEDEIROS
464 EATON ST
PROVIDENCE RI 02908

February 7, 2007

RE: CAPITAL ONE BANK
DEBTOR: MARK F MEDEIROS
CN-M69309
CURRENT BALANCE DUE: $3,293.53

Dear MARK F MEDEIROS

In the interest of resolving this debt with our client, we have been authorized to offer you a settlement of 70% of the balance due, IF RECEIVED AT OUR OFFICE BY MARCH 15, 2007. This is a substantial savings to you. This settlement program is valid if funds are received HERE by THURSDAY, MARCH 15, 2007.

You may also make this settlement using our Internet payment site WWW.PAYSCHIFF.COM. By resolving this NOW this debt will be marked settled and satisfied. Note that any PRIOR settlement arrangement is NOT included or affected in this offer. YOUR TAX REFUND MAY SETTLE THIS ACCOUNT.

Please note that settlement of this account may have some tax consequences. You may wish to contact your tax advisor or the IRS directly at (800) 829-1040.

Please call us at (866) 234-7606 if you are interested in taking advantage of this offer. We have many suggestions to assist you in acquiring settlement funds. Even if you are not able to take advantage of this offer at this time, we need to hear from you. Please refer to our file CN-M69309 in any contact with our firm.

Respectfully,

Law Offices Howard Lee Schiff, P.C.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.
THIS IS AN ATTEMPT TO COLLECT A CLAIM OR DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

3S

STATE OF RHODE ISLAND
PROVIDENCE S.C.

DISTRICT COURT DEPARTMENT

SIXTH DIVISION

CAPITAL ONE BANK
Plaintiff

V.

C.A. NO.

MARK F MEDEIROS
Defendant

COMPLAINT

1. On or before 10/05/06 the defendant became indebted to the plaintiff in the sum of $3,062.67 for charges and/or cash advances incurred on defendant's credit account.

2. Despite demand, the balance of $3,062.67 remains wholly unpaid and the defendant has failed and continues to fail to make payment.

3. Provisions of the credit agreement between the parties may provide for interest on any unpaid balance.

4. Said agreement is still owned by the plaintiff.

WHEREFORE, the plaintiff demands judgment against the defendant for damages in the amount of $3,062.67 plus interest, and costs, all as provided for by said agreement.

Plaintiff

By ______________________
Robert E Johnson Esq.#5575
LAW OFFICES HOWARD LEE SCHIFF, P.C.
10 Dorrance St, Suite 515
Providence, RI 02903-2018
(401) 861-9991
Its Attorneys

DISTRICT COURT OF R.I.
SIXTH DIVISION
FILED
DEC 0 4 2006
LORRAINE A. ALFONSO
CLERK

Dated November 21, 2006

THIS COMMUNICATION IS FROM A DEBT COLLECTOR
RW CN-M69309

STATE OF RHODE ISLAND
DISTRICT COURT

# SUMMONS

M69309

| DIVISION | COUNTY | CIVIL ACTION - FILE NO. |
|---|---|---|
| SIXTH | PROVIDENCE | 06-12943 |

| | |
|---|---|
| PLAINTIFF<br>CAPITAL ONE BANK | PLAINTIFF'S ATTORNEY<br>ROBERT E JOHNSON<br>LAW OFFICES HOWARD LEE SCHIFF |
| VS | ADDRESS<br>10 DORRANCE ST STE 515<br>PROVIDENCE,RI 02903 |
| DEFENDANT<br>MARK F MEDEIROS | DEFENDANT'S ADDRESS<br>464 EATON ST<br>PROVIDENCE,RI 02908 |

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to serve upon the plaintiff's attorney, whose name and address appears above, an answer to the complaint which is herewith served upon you. Your answer must be made within 20 days after service of this summons, exclusive of the date of service. The original must be filed in writing with this court. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| DATE | CLERK |
|---|---|
| 11/30/06 | Lorraine Alfonso<br>CLERK SIXTH DIVISION DISTRICT COUR |

SEAL OF THE DISTRICT COURT

DATE RECEIVED

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this summons and a copy of the complaint received herewith upon the above-named defendant by delivering or leaving said papers in the following manner:

- ☐ to the defendant personally.
- ☑ at his dwelling house or usual place of abode at the address entered below, with a person of suitable age and discretion then residing therein.
- ☐ to an agent named below authorized by appointment or by law to receive service of process.
- ☐ Further notice as required by statute was given as noted on the reverse side.

DISTRICT COURT OF R.I.
SIXTH DIVISION
FILED
DEC 2 2 20..
LORRAINE A. ALFONSO
CLERK

| | |
|---|---|
| ADDRESS OF DWELLING OR USUAL PLACE OF ABODE<br>464 Eaton St. Prov. RI | |
| NAME OF AUTHORIZED AGENT OR PERSON OF SUITABLE AGE<br>X Laurie J Czeczot (Girlfriend) | |
| DATE<br>12-4-06 | DEPUTY SHERIFF CONSTABLE<br>Robert Serrecchia |

Constable
Robert Serrecchia
Lic. # 6107

SERVICE FEE $ 45

032D (6/84)

TJX VISA 028 M64309

*It's that easy!*

## And don't forget—you earn rewards on every TJX Visa® purchase!

- Earn 5% rewards on purchases made at T.J. Maxx, Marshalls, HomeGoods and A.J. Wright and earn additional rewards* on purchases made anywhere else Visa® credit cards are accepted.
- As your rewards add up, you'll earn $10 Rewards Certificates.
- Redeem your Rewards Certificate for merchandise at any T.J. Maxx, Marshalls, HomeGoods or A.J. Wright store location.

T.J.maxx Marshalls HomeGoods A.J.Wright

028-1103

*Please see the Rewards Program Terms and Conditions in your original offer or additional disclosure insert for full details.

CapitalOne TJX

PLATINUM VISA ACCOUNT

[redacted]

JUN 25 - JUL 24, 2005

Page 1 of 1

**Account Summary**

| | |
|---|---|
| Previous Balance | $2,978.81 |
| Payments, Credits and Adjustments | $.00 |
| Transactions | $35.00 |
| Finance Charges | $48.86 |
| New Balance | $3,062.67 |
| Minimum Amount Due | $3,062.67 |
| Payment Due Date | August 24, 2005 |
| Total Credit Line | $6,500 |
| Total Available Credit | $.00 |
| Credit Line for Cash | $6,500 |
| Available Credit for Cash | $.00 |

**At your service**

To call Customer Relations or to report a lost or stolen card:
1-877-534-6841

Visit www.capitalone.com today to manage your account online and receive valuable offers.

Send payments to:
Attn: Remittance Processing
Capital One Bank
P.O. Box 70884
Charlotte, NC 28272-0884

Send inquiries to:
Capital One
P.O. Box 30285
SLC, UT 84130-0285

**Rewards Summary- this summary reflects transactions posted during this billing cycle.**

| | |
|---|---|
| Previous Rewards Balance | $7.96 |
| TJX Rewards 06/23-07/21 | $.00 |
| Other Rewards 06/23-07/21 | $.00 |
| Rewards to be Issued | $.00 |
| Balance as of 07/21/05 | $7.96 |

**Payments, Credits and Adjustments**

**Transactions**

| | | | |
|---|---|---|---|
| 1 | 24 JUL | PAST DUE FEE | $35.00 |

Your account has recently been past due, overlimit, or has had a returned payment. We request that you keep your account in good standing. We value you as our customer and appreciate your business. Thank you for choosing Capital One.

You were assessed a past due fee of $35.00 on 07/24/2005 because your minimum payment was not received by the due date of 07/23/2005. To avoid this fee in the future, we recommend that you allow at least 7 business days for your payment to reach Capital One.

**Finance Charges** *Please see reverse side for important information*

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| PURCHASES | $3,082.36 | .05425% | 19.80% | $48.86 |
| CASH | $.00 | .05425% | 19.80% | $.00 |

ANNUAL PERCENTAGE RATE applied this period 19.80%

029

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT ▼

CapitalOne

0000000 0 [redacted] 24 3062670074003062679

| | |
|---|---|
| New Balance | $3,062.67 |
| Minimum Amount Due | $3,062.67 |
| Payment Due Date | August 24, 2005 |
| Total enclosed | $ |
| Account Number: | 4036-9420-6610-4988 |

*Please print mailing address and/or e-mail changes below using blue or black ink.*

Street Apt. #
City State ZIP
Home Phone Alternate Phone
Email Address

Capital One Bank
P.O. Box 70884
Charlotte, NC 28272-0884

000029

#9020559471034530# MAIL ID NUMBER
MARK F MEDEIROS
150 PLEASANT ST
ATTLEBORO MA 02703-2443

*Please write your account number on your check or money order made payable to Capital One Bank and mail in the enclosed envelope.*

**TRANSFER BALANCES UP TO $20,000. (See back for details.)**

**OFFICER'S SIGNATURE:** J. Alan Baron Edmond J. English

To avoid delays, please provide all information requested. Please print clearly in black or blue ink.

☐ Yes ☑ No I would be interested in blank checks.

☐ Yes ☑ No I'm interested in the opportunity to transfer balances to my new account.

How many times in the past 12 months have you shopped at T.J. Maxx, Marshalls, HomeGoods or A.J. Wright?

1. ☑ 0 2. ☐ 1-2 3. ☐ 3-4 4. ☐ 5-6 5. ☐ 7+

Social Security Number [redacted]

Date of Birth [redacted]

Home Phone 401-725-2406

Gross Annual Household Income *(see Important Disclosures)* $ 54,600

Check Here If ☐ Retired ☐ Self-Employed

E-Mail Address *(optional)*

OPTIONAL

Co-Applicant First and Last Name

Co-Applicant Social Security Number

I (We) have read the "Important Disclosure Information For Your Credit Card" enclosed that contains important information about rates, fees and other costs of this account and agree to be bound as specified therein. If I (we) have completed the Balance Transfer Request, I have read and agree to the transfer information enclosed.

*Please fold along dotted line and return in enclosed envelope*

5255404511813 003 002

Please cross out and change name and address if necessary.

MARK F. MEDEIROS
184 NEWPORT AVE
PAWTUCKET, RI 02861-4110

Signature Mark F. Medeiros Date 10/01/01

Co-Applicant Signature *(Both must sign if joint application.)* Date

5255-2

EXPIRATION DATE: 10/28/01

1645

M09309

CAPITAL ONE BANK , Plaintiff

V. NO.

MARK F MEDEIROS , Defendant

AFFIDAVIT OF DEBT AND VERIFIED BILL OF PARTICULARS

The undersigned being duly sworn deposes and says that he/she is responsible for the accounts receivable of the Plaintiff and as such is familiar with the facts herein and that based on his/her personal knowledge the Defendant(s) is (are) justly indebted to the Plaintiff as follows:

1. The defendant is not now in the military service of the United States as defined in Article I of the " "Soldiers and Sailor's Civil Relief Act of 1940" as amended nor an infant, incompetent or infirm

2. That on or before 10/05/06 the Defendant(s) became indebted to the Plaintiff in the sum of $3,062.67 according to the books and records of the plaintiff on the defendants account #[redacted].

3. That up to and including the date of March 7, 2007 the Defendant(s) paid a total of $0 on said debt, leaving a balance of $3,062.67

4. The agreement between the parties provides for interest calculated at 12.000 % per annum from 10/05/06 to March 7, 2007 which sum is $154.06

5. Said agreement also provides for reasonable attorney's fee which sum is $0

Defendant(s) is (are) entitled to no defenses, setoffs or counterclaims.

Maisha Davis

MEDIA SERVICES REPRESENTATIVE

Subscribed and sworn to me this ______ day of MAR 13 2007 20

Notary Public, Commission Expires:

RU CN-M69309

Dudley Turner
Notary Public, Dekalb County, Georgia
My Commission Expires January 19, 2009

06-12943

CAPITAL ONE BANK V. MARK F MEDEIROS

MILITARY SERVICE AFFIDAVIT

The undersigned being duly sworn deposes and says that no Defendant in this action is in the military or naval service of the United States, and that, to the personal knowledge of the undersigned.

The undersigned affiant, through written communication, has provided the Social Security number, first and last name to the Department of Defense in Arlington VA, and has verified through this federal agency that the defendant is not in the military service now nor within 30 days of this action.

Shaquasia Williams
Investigator

On May 8, 2007 the signer of the foregoing Affidavit personally appeared before me and made oath to the truth of the matter as set forth herein.

Subscribed and sworn to me, this 8 day of May 2007.

Julie Batista
Notary Public
My Commission expires: 04/30/2011

AY
CN-M69309

STATE OF RHODE ISLAND
PROVIDENCE S.C.

DISTRICT COURT

SIXTH DIVISION

CAPITAL ONE BANK
Plaintiff

V.

C.A. NO. 06-12943

MARK F MEDEIROS
Defendant

APPLICATION FOR ENTRY OF JUDGMENT BY DEFAULT

In the above entitled action, the Defendant having been defaulted, application is hereby made, pursuant to Rule 55(b)(2) of the Rhode Island District Court Rules of Civil Procedure, to the Plaintiff for Entry of Judgment in its favor against the Defendant.

Plaintiff

By ________________________
Jeanine M. Dumont #6874
LAW OFFICES HOWARD LEE SCHIFF, P.C.
10 Dorrance St, Suite 515
Providence, RI 02903-2018
(401) 861-9991
Its Attorneys

Dated: May 8, 2007

THIS COMMUNICATION IS FROM A DEBT COLLECTOR
RB CN M69309

STATE OF RHODE ISLAND
PROVIDENCE S.C.

DISTRICT COURT

SIXTH DIVISION

CAPITAL ONE BANK
Plaintiff

V.

C.A. NO. 06-12943

MARK F MEDEIROS
Defendant

AFFIDAVIT OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

The undersigned being duly sworn upon oath deposes and says

1. That I am the attorney of record for the Plaintiff and have personal knowledge of the facts set forth in this affidavit.

2. That the Plaintiff on 11/30/06 filed in this action a Complaint against the Defendant.

3. That examination of the Court files and records in this action shows that the Defendant on 12/04/06 was duly served with a copy of the summons together with a copy of the Plaintiff's complaint.

4. That more than 20 days have elapsed since service of the Summons and Complaint upon the Defendant.

5. That examination of the Court files and records in this action shows that the Defendant has failed to Plead or otherwise defend as to the Plaintiff's Complaint.

6. That this affidavit is executed by the affiant herein in accordance with Rule 55(a) of the Rhode Island District Court Rules of Civil Procedure for the purpose of enabling the Plaintiff to obtain an Entry of Default against the Defendant for failure to plead or otherwise defend as to the Plaintiff's Complaint

Plaintiff

By

Jeanine M. Dumont #6874
LAW OFFICES HOWARD LEE SCHIFF, P.C.
10 Dorrance St, Suite 515
Providence, RI 02903-2018
(401) 861-9991
Its Attorneys

Subscribed and sworn to before me on

Jean Kristensen DeJesus
Notary Public
Commission expires: October 10, 2010

Dated: May 8, 2007

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

RA
CN-M69309

STATE OF RHODE ISLAND
PROVIDENCE S.C.

DISTRICT COURT

SIXTH DIVISION

CAPITAL ONE BANK
Plaintiff

V.

C.A. NO. 06-12943

MARK F MEDEIROS
Defendant

APPLICATION FOR ENTRY OF DEFAULT

The Plaintiff in the above entitled action pursuant to Rule 55(a) of the Rhode Island District Court Rules of Civil Procedures hereby makes application to the Clerk for Entry of Default for the Plaintiff against the Defendant for failure of said Defendant to plead or otherwise defend.

Said failure of Defendant to plead or otherwise defend is set forth in the affidavit immediately following this application.

Plaintiff

By [signature]

Jeanine M. Dumont #6874
LAW OFFICES HOWARD LEE SCHIFF, P.C.
10 Dorrance St, Suite 515
Providence, RI 02903-2018
(401) 861-9991
Its Attorneys

DATED: May 8, 2007

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

RA
CN-M69309

STATE OF RHODE ISLAND
PROVIDENCE S.C.

DISTRICT COURT

SIXTH DIVISION

CAPITAL ONE BANK
Plaintiff

V.

C.A. NO. 06-12943

MARK F MEDEIROS
Defendant

ENTRY OF DEFAULT

It appearing that the Defendant in the above entitled action has failed to plead or otherwise defend as provided by the Rhode Island District Court Rules of Civil Procedure, now therefore

Default is hereby entered for the Plaintiff and against said Defendant this 14 day of May 2007

Clerk of the Court

THIS COMMUNICATION IS FROM A DEBT COLLECTOR
RA CN M69309

STATE OF RHODE ISLAND
PROVIDENCE S.C.

DISTRICT COURT

SIXTH DIVISION

CAPITAL ONE BANK
Plaintiff

V.

C.A. NO. 06-12943

MARK F MEDEIROS
Defendant

ENTRY OF JUDGMENT

Let Judgment enter for Plaintiff against Defendant as the balance owed in the sum of $3,062.67 plus prejudgment interest in the sum of $216.49 (calculated through May 8, 2007 ) and a reasonable attorney's fee in the sum of $0 (see attorney's fee statement) for a total of $3,279.16 plus costs and statutory interest.

Entered as an order of this court this 14 day of May, 2007

ENTER

ORDERED

[signature]

CLERK OF SIXTH DIVISION DISTRICT COURT

THIS COMMUNICATION IS FROM A DEBT COLLECTOR
RB CN M69309

 M69309

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**

**Providence** **Civil** **DISTRICT COURT**
**6th District Court**

| PLAINTIFF: | DEFENDANT: | FILE #: |
|---|---|---|
| Capital One Bank | Mark F. Medeiros | 06-12943 |

**TO THE SHERIFF, HIS DEPUTIES OR THE CONSTABLES IN THE COUNTY(IES) OF Providence**

***Greeting:***

## EXECUTION

Whereas, the above-named plaintiff, did at the 6th District Court, did on the 14th day of May, 2007 recover judgment of said court against the above-named defendant, of Providence for the sum of $ 3279.16, dollars, damages and costs taxed at the sum of $ 115.00, which sums, in the whole, amount to $ 3394.16, dollars, for which execution remains to be done. *We command you,* therefore, that of the goods and chattels and real estate of the said defendant, alias within your precinct, you cause to be levied and paid unto the plaintiff the sum of $3394.16, dollars, and therefore also satisfy your own fees.

DISTRICT COURT OF R.I.
SIXTH DIVISION
FILED
JUN 25 2007
LORRAINE A. ALFONSO
CLERK

.........................

☑ **Execution unsatisfied, Mark F. Medeiros, debtor must appear in court,**

## CITATION IN SUPPLEMENTARY PROCEEDINGS

The above execution being unsatisfied, you are hereby required to notify said Mark F. Medeiros to appear in person before said court holden at 6th District Court 1 Dorrance Plaza Providence, RI 02903, Providence, Courtroom 4B on July 3, 2007 at 9:00 a.m., to show cause why an examination into his/her circumstances should not be made an order entered ordering him/her to pay said judgment in full or by installments.

*Notify Mark F. Medeiros that if he/she fails to appear, he/she shall be subject to arrest.*

.........................

HEREOF FAIL NOT AND MAKE TRUE RETURN OF THIS WRIT AND CITATION AND YOUR DOINGS THEREON.

**WITNESS, THE SEAL OF THE 6th District Court, THIS 17th DAY OF MAY, 2007**

PLAINTIFF'S ATTORNEY: Robert Johnson
M69309

SEAL

Lorraine Alfonso
CLERK SIXTH DIVISION DISTRICT COURT

CLERK

USE REVERSE SIDE FOR RETURN OF SERVICE

American Express

**Manage Your Accounts**

Select Another Account

**American Express**
PO Box 31525
Salt Lake City, UT 84131

November 16, 2007

Reference: 2007320 60 02996 USD

Dear Mark F Medeiros:

Thank you for your recent application for the American Express® Preferred Rewards Gold Card. We do value your desire to establish a relationship with us. We regret that we are unable to approve your request for the following reason(s):

Information received from Experian Consumer Reporting Agency (See below)

The factors provided by the consumer reporting agency that affected our decision are:

Charge off within the last two years
Collection item in the last two years
Unsatisfied account 90+ days past due with a balance of $200+ greater than 1 year

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency(ies) listed in this letter. Please understand that the reporting agency(ies) played no part in our decision and cannot supply you with specific reasons why we denied credit to you. You have a right under the Fair Credit Reporting Act to obtain a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. If you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Enclosed is an important notice concerning your rights. The creditor is American Express Centurion Bank.

It has been our experience that applicants who do not meet our basic requirements at one time may qualify later on. We invite you to submit a new application at a later date when your circumstances have changed.

**Was this e-mail helpful?** Please help us improve our online communication to you. Click here to provide feedback.
Thank you for your interest in our service.

Sincerely,

Donna Potts

Donna Potts
New Accounts Department

DP/ag

**Experian**
P.O. Box 2002
Allen, TX 75013
1 888 397 3742
www.experian.com/ra

**IMPORTANT NOTICE CONCERNING YOUR RIGHTS**

**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express Centurion Bank is the FDIC Consumer Response Center, 2345 Grand Boulevard, Suite 100, Kansas City, MO 64108. The federal agency that administers compliance with this law concerning American Express Bank, FSB is the Office of Thrift Supervision, P.O. Box 7165, San Francisco, CA 94120-7165. The federal agency that administers compliance with this law concerning American Express TRS Co., Inc. is the Federal Trade Commission, Equal Credit Opportunity, Washington D.C. 20580.

**Notice to Ohio Residents.**
The Ohio state laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Notice to WashingtonResidents.**
The Washington state laws against discrimination prohibit discrimination in credit transactions because of race, creed, color, national origin, sex, or marital status. The Washington State Human Rights Commission administers compliance with this law.

UGNEUGNU0002001

View Corporate Entities and Important Disclosures, Web Site Rules and Regulations, Trademarks, and Privacy Statement. Copyright © 1995-2003 American Express Company. All Rights Reserved. Users of this site agree to be bound by the terms of the American Express Web Site Rules and Regulations.