**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**MARK F MEDEIROS** )
**Plaintiff** )
)
**V.** ) CA 07-425 ML
)
**ROBERT E. JOHNSON, ESQ.** )
**LAW OFFICES HOWARD LEE SCHIFF, P.C.** )
**Defendants** )
)
**CAPITAL ONE BANK** )
**Co-Defendant** )
/

# TABLE OF AUTHORITIES

**Cases:**

Fields v. Wilber Law Firm, USCA-02-C-0072, 7th Circuit Court, Sept. 2, 2004..................2, 4, 6, 10, 12

**Statutes and Other Laws:**

15 U.S.C. 1692e..........2, 4, 6, 10, 12

15 U.S.C. 1692f.......... 2, 4, 6, 10, 12

15 U.S.C. 1692j..........5, 6, 8, 9, 10, 11, 12

Restatement of the Law, Third-Agency, American Law Institute, Rules and Principles, Chapter 7- Torts - Liability of Agent and Principal..........14

**Mark F. Medeiros, Pro Se, 11/19/07**
**464 Eaton St.**
**Providence, RI 02908**
**401-273-9199**