AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

MARK F. MEDEIROS

V.

CAPITAL ONE BANK

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. 07-425 ML

TO: (Name and address of Defendant)

Capital One Bank
11 South 12th St.
Richmond, VA 23218

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark F. Medeiros
464 Eaton St.
Providence, RI 02908

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

2-25-08
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/29/08 At 10:38 am |
| NAME OF SERVER *(PRINT)* DAVID H. Gwaltney Jr. | TITLE Process server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 11 South 12th St
Rene Nordquist — Richmond, Virginia 23218

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/29/08
Date

[signature]
Signature of Server

4618 West Franklin St. Richmond, Virginia 23226
Address of Server

FILED
2008 MAR 11 A 11:34
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.