medeiros usdc sicc 2/25/08

VIRGINIA
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Mar F Medeiros PLAINTIFF

VS.

Capital One Bank DEFENDANT

CASE NO: C A 07-425
CLIENT NO: 0

# AFFIDAVIT OF SERVICE

I, the undersigned, do hereby state that I am a person eighteen years or older and not a party otherwise interested in the subject matter of the controversy.

I did serve Capital One Bank for Mark F Medeiros at 11 S 12th St Richmond, VA 23218 on 2/29, 08 10:38 AM with a copy of the:

[X] SUMMONS IN A CIVIL CASE: for a court return date of 2/25/2008 in the following manner:

[X] Personal Service x Rene Nordquist
[ ] Substitute Service x

Being unable to make personal service, a copy was delivered in the following manner:
[ ] Delivered to a family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.

Name:________ Age:____ Relation:________

[ ] Posted on front door or such other door as appears to be the main entrance to usual place of abode.
[ ] Served on Secretary of the Commonwealth
[ ] Pursuant to 5 U.S.C. & 5520a, served by certified or registered mail, return receipt requested.
[ ] Not Found
[ ] No Service

( ) I HEREBY CERTIFY THAT I HAVE MAILED A COPY OF GARNISHMENT TO THE DEFENDANT ON:

D. Gwaltney, Jr.
Process Server- Print & Sign
804-855-7351
M.T.G. Process Servers LLC
P.O. Box 11585
Richmond, VA 23230

Commonwealth of Virginia
County of Henrico
Subscribed and Sworn/Affirmed before me this 29 day of FEB, 2008

My Commission expires: Micheal Gwaltney / Christina Blair / William E. Bibbs
**2/28/11** ID: 272000 **3/31/08** ID: 287778 **5/31/11** ID: 7127797

**CERTIFICATE**
**OF**
**CORPORATION SERVICE COMPANY**

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia, 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

| | | |
|---|---|---|
| Beverley L. Crump | [redacted] | Meda Sterrett |
| Nicole T. McCallum | Gwenda Peters | Linda B. Liles |
| Kate Nordquist | Amy Tarker | Angela Gissendaner |
| Kari Childress | | |

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this day of February 2008.

CORPORATION SERVICE COMPANY

BY: ______________________
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this day of February 2008, by George A. Massih III.

______________________
Notary Public

My Commission Expires: 8-5-08

JANET B. WOZNICKI
NOTARY
TERM 4 YEARS
EXPIRES 2008
STATE OF DELAWARE