UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARK F. MEDEIROS
Plaintiffs

v. C.A. No. 07 - 425

ROBERT E. JOHNSON, Esq.,
LAW OFFICES HOWARD LEE SCHIFF, P.C.
and CAPITAL ONE BANK
Defendants

**ANSWER**

Now comes the Defendant, in the above-captioned matter, and respectfully provides the following answer to Plaintiff's complaint:

1. Defendant denies Plaintiff's averments in COUNTS and CAUSES OF ACTIONS 1 through 13 in the Complaint.

WHEREFORE, Defendant respectfully prays that Plaintiff's Complaint be denied and dismissed and any further relief this Court may grant.

Defendants,
By their attorney,
/s/MARK B. LAROCHE, Esq. #4681
MARK B. LAROCHE, Esq. #4681
10 Dorrance Street #515
Providence, RI 02903
(401) 751-1919

CERTIFICATION

I, the undersigned, do hereby certify that on March 24, 2008 I mailed a true and correct copy of the foregoing to Mark Medeiros 464 Eaton St., Providence, RI 02908
/s/MARK B. LAROCHE, Esq. #4681