**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MARK F. MEDEIROS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. JOHNSON, ESQ.,<br>LAW OFFICES OF HOWARD LEE SCHIFF, P.C.<br>CAPITAL ONE BANK<br><br>Defendants. | Case No. C.A. 07-425 |

**MOTION TO DISMISS BY**
**DEFENDANT CAPITAL ONE BANK (USA), N.A.**

Defendant Capital One Bank[1] hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss all of the claims asserted against it by Plaintiff Mark F. Medeiros. In support of its Motion, Capital One relies upon the accompanying memorandum. Capital One does not request oral argument on this motion.

Dated: March 20, 2008

Respectfully submitted,

CAPITAL ONE BANK (USA), N.A.

By: /s/ Warren D. Hutchison

Warren D. Hutchison #5571
A. Neil Hartzell #4909
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA 02110
Tel: (617) 502-8209
Fax: (617) 502-8259
Neil.Hartzell@LeClairRyan.com
Warren.Hutchison@LeClairRyan.com

[1] While the consumer credit card account at issue originated with Capital One Bank ("COB"), on March 1, 2008, COB converted from a Virginia state-chartered bank to a national banking association now called Capital One Bank (USA), N.A.

Of Counsel:

Cameron S. Matheson
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Post Office Box 2499
Richmond, Virginia 23218-2499
Tel: (804) 916-7126
Fax: (804) 783-7645
Cameron.Matheson@LeClairRyan.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, the foregoing document was served by U.S. mail upon the following:

Mark F. Medeiros
464 Eaton St.
Providence, RI 02908

/s/ Warren D. Hutchison
Warren D. Hutchison

4165061v1