UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARK F. MEDEIROS
Plaintiffs

v. C.A. No. 07 - 425

ROBERT E. JOHNSON, Esq.,
LAW OFFICES HOWARD LEE SCHIFF, P.C.
and CAPITAL ONE BANK
Defendants

## AMENDED **ANSWER**

Now comes the Defendants, ROBERT E. JOHNSON, Esq., and LAW OFFICES HOWARD LEE SCHIFF, P.C. in the above-captioned matter, and respectfully provides the following amended**(underlined text)** answer to Plaintiff's complaint:

1. Defendant denies Plaintiff's averments in COUNTS and CAUSES OF ACTIONS 1 through 13 in the Complaint.

WHEREFORE, Defendant respectfully prays that Plaintiff's Complaint be denied and dismissed and any further relief this Court may grant.

Defendants, ROBERT E. JOHNSON, Esq., and LAW OFFICES HOWARD LEE SCHIFF, P.C.
By their attorney,
/s/Robert E. Johnson, Esq. #5575
Robert E. Johnson, Esq. #5575
LAW OFFICES HOWARD LEE SCHIFF, P.C.
10 Dorrance Street #515
Providence, RI 02903
(401) 861-3131

## CERTIFICATION

I, the undersigned, do hereby certify that on March 25, 2008 I mailed a true and correct copy of the foregoing to Mark Medeiros 464 Eaton St., Providence, RI 02908 and Warren D. Hutchinson, Esq., LeCairRyan, PC, 1 International Place 11th Fl., Boston, MA 02110.

/s/Robert E. Johnson, Esq. #5575