UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARK F. MEDEIROS
Plaintiffs

v. C.A. No. 07 - 425

ROBERT E. JOHNSON, Esq.,
LAW OFFICES HOWARD LEE SCHIFF, P.C.
and CAPITAL ONE BANK
Defendants

ENTRY OF APPEARANCE

Now comes Attorney Robert E. Johnson, Esq. to enter his appearance on behalf of Defendants: ROBERT E. JOHNSON, Esq., and LAW OFFICES HOWARD LEE SCHIFF, P.C. in the above-captioned matter.

1. Defendant denies Plaintiff's averments in COUNTS and CAUSES OF ACTIONS 1 through 13 in the Complaint.

Defendants, ROBERT E. JOHNSON, Esq.,
and LAW OFFICES HOWARD LEE
SCHIFF, P.C.
By their attorney,
/s/Robert E. Johnson, Esq. #5575
Robert E. Johnson, Esq. #5575
LAW OFFICES HOWARD LEE SCHIFF, P.C.
10 Dorrance Street #515
Providence, RI 02903
(401) 861-3131

CERTIFICATION

I, the undersigned, do hereby certify that on March 25, 2008 I mailed a true and correct copy of the foregoing to Mark Medeiros 464 Eaton St., Providence, RI 02908 and Warren D. Hutchinson, Esq., LeCairRyan, PC, 1 International Place 11th Fl., Boston, MA 02110.

/s/Robert E. Johnson, Esq. #5575