UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
| | ) | CIVIL ACTION NO.CA 07 425 ML |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., AND CAPITAL ONE BANK, | ) | |
| Defendants | ) | MARCH 28, 2008 |

MOTION TO DISMISS

Pursuant to the provisions of Fed. R. Civ. Proc. 12(b)(6), defendants, Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff P.C., move this Court to dismiss the plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on grounds more fully set forth in the attached Memorandum of Law in Support of this Motion.

DEFENDANTS, ROBERT E. JOHNSON, ESQ. AND
LAW OFFICES HOWARD LEE SCHIFF, P.C.

/S/___________________________
Robert E. Johnson, #5575
Law Offices Howard Lee Schiff PC
10 Dorrance Street, Suite 515
Providence, Rhode Island 02903
Telephone (401) 861 9991, Fax (401) 861 0246
E-Mail Address: rjohnson@hlschiffpc.com

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, this 28th day of MARCH, 2008, to the following counsel of record:

PLAINTIFF
Mark E. Medeiros
464 Eaton Street
Providence, Rhode Island 02908

COUNSEL FOR DEFENDANT,
CAPITAL ONE BANK
Warren D. Hutchison
LeClairRyan, A Professional Corporation
One International Place, 11th Floor
Boston, MA 02110

/s/_____________________________________
ROBERT E. JOHNSON
THIS COMMUNICATION IS FROM A DEBT COLLECTOR.