# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

MARK F. MEDEIROS,

Plaintiff,

v.

ROBERT E. JOHNSON, ESQ.,
LAW OFFICES OF HOWARD LEE SCHIFF, P.C.
CAPITAL ONE BANK

Defendants.

Case No. C.A. 07-425 ML

## MOTION TO DISMISS BY PLAINTIFF MARK F. MEDEIROS.

Plaintiff Mark F. Medeiros hereby moves to dismiss any and all claims against Co-Defendant Capital One Bank as they are an original creditor and are not liable under the FDCPA. In support of its Motion, Mark F. Medeiros relies upon the accompanying memorandum. Mark F. Medeiros does not request oral argument on this motion.

Mark F. Medeiros, Pro Se, 4/3/08
464 Eaton St. Providence, RI 02908
Tel: (401) 273-9199

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, the foregoing document was served by U.S. Mail upon the following: Warren D. Hutchinson, LeClairRyan, P.C., 1 International Place, 11th Fl., Boston, MA 02110 and Robert E. Johnson, Esq., and Law Offices of Howard Lee Schiff, P.C., 10 Dorrance St. #515, Providence, RI 02908.

Mark F. Medeiros

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MARK F. MEDEIROS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT E. JOHNSON, ESQ.,<br>LAW OFFICES OF HOWARD LEE SCHIFF, P.C.<br>CAPITAL ONE BANK<br><br>Defendants. | Case No. C.A. 07-425 ML |

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS BY PLAINTIFF MARK F. MEDEIROS**

**Capital One is Not a "Debt Collector" and Thus Cannot be Liable Under The FDCPA**

The FDCPA creates civil liability for any "debt collector" who fails to comply with the act's requirements. 15 U.S.C. § 1692k. The FDCPA "regulates debt collectors, not creditors." *Ricciardi v. Service Credit Union*, 2006 U.S. Dist. LEXIS 28468, *3 (D. N.H. May 11, 2006) (quoting *Shula v. Lawent*, 359 F.3d 489, 492 (6th Cir. 2004)). *See also Aubert v. American Gen. Fin., Inc.*, 137 F.3d 976, 978 (7th Cir. 1998) ("Creditors who collect in their own name and whose principal business is not debt collection . . . are not subject to the Act").

"Because the FDCPA applies only to 'debt collectors,' ... courts have consistently rejected attempts to impose FDCPA liability on a creditor for the actions of those who collect its debts based on respondeat superior or similar theories." *Ricciardi*, 2006 U.S. Dist. LEXIS 28468 at *6. *See also Wadlington v. Credit Acceptance Corp.*, 76 F.3d 103, 108 (6th Cir. 1996) ("We do not think it would

accord with the intent of Congress, as manifested in the terms of the Act,for a company that is not a debt collector to be held vicariously liable for a collection suit filing that violates the Act only because the filing attorney is a 'debt collector.' Section 1692k imposesliability only on a 'debt collector who fails to comply with [a] provision of this subchapter' ...The plaintiffs would have us impose liability on non-debt collectors too. This we decline to do"); *Hart v. GMAC Mtg. Corp. (In re Hart)*, 246 B.R. 709, 731 (Bkrtcy. D. Mass. 2000)(dismissing claim for vicarious liability against a creditor and stating that the plaintiff "failed to cite a single case in which such liability was imposed on an entity that did not fit within the statutory definition of a debt collector"); *Doherty v. Citibank (S.D.) N.A.*, 375 F. Supp. 2d 158, 162 (E.D.N.Y. 2005); *Conner v. Howe*, 344 F. Supp. 2d 1164, 1170 (S.D. Ind. 2004); *Caron v. Charles E. Maxwell, P.C.*, 48 F. Supp. 2d 932, 936 (D. Ariz. 1999).

The FDCPA defines a "debt collector," in pertinent part, as "any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due *another*." 15 U.S.C. § 1692a(6) (emphasis added). The FDCPA defines a "creditor" as "any person who offers or extends credit creating a debt or to whom a debt is owed[.]" 15 U.S.C. § 1692a(4). Under the FDCPA, Capital One is a "creditor," not a "debt collector."

## Conclusion

As a matter of law, Plaintiff Mark F. Medeiros respectfully requests that this Court dismiss with prejudice all of Plaintiffs claims against Capital One Bank.

Mark F. Medeiros, Pro Se, 4/3/08
464 Eaton St.
Providence, RI 02908
Tel: (401) 273-9199

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2008, the foregoing document was served by U.S. mail upon the following: Warren D. Hutchinson, LeClairRyan, P.C., 1 International Place, 11th Fl., Boston, MA 02110 and Robert E. Johnson, Esq., and Law Offices Howard Lee Schiff, P.C., 10 Dorrance St. #515, Providence, RI 02903.

Mark F. Medeiros