# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

MARK F. MEDEIROS )
) CIVIL ACTION NO.CA 07 425 ML
Plaintiff )
v. )
)
ROBERT E. JOHNSON, ESQ., LAW OFFICES )
HOWARD LEE SCHIFF, P.C., TSYS TOTAL DEBT )
MANAGEMENT INC. d/b/a NATIONAL ATTORNEY )
NETWORK, )
Defendants )

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD DEFENDANT

Plaintiff hereby moves this Court pursuant to Rules 15(a) and 21 of the Federal Rules of Civil Procedure for leave to file the attached Amended Complaint and to add TSYS Total Debt Management Inc. d/b/a National Attorney Network as a Defendant. In support of it's motion, the Plaintiff relies upon the accompanying Memorandum.

Respectfully submitted,

Mark F. Medeiros (signature)

Mark F. Medeiros, Pro Se, 5/8/08
464 Eaton St.
Providence, RI 02908
Tel: (401) 273-9199

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8th, 2008 a copy of Plaintiff's Motion for Leave to File Amended Complaint and Add Defendant was served by U.S. Mail upon the following: Robert E. Johnson, Esq., and Law Offices Howard Lee Schiff, P.C., 10 Dorrance St. #515, Providence, RI 02903.

Mark F. Medeiros

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
| | ) | CIVIL ACTION NO.CA 07 425 ML |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK, | ) | |
| Defendants | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ADD DEFENDANT**

Plaintiff has moved the Court pursuant to Rules 15(a) and 21 of the Federal Rules of Civil Procedure for leave to file an Amended Complaint and to add TSYS Total Debt Management, Inc. d/b/a National Attorney Network as a Defendant. Fed R. Civ. P. 15 (a) expressly provides that leave to file amended pleadings should be freely granted.

***15(a) Amendments. A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar,the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party;and leave shall be freely given when justice so requires. A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may bet the longer, unless the court otherwise orders.***

See also ***Frey v. City of Herculaneum, 44 F.3d. 667, 672 (8th Circ. 1995).***

The Supreme Court has confirmed that courts should liberally grant leave to amend pleadings absent factors such as undue delay, bad faith, or prejudice to opposing parties. ***Foman v. Davis, 371 U.S. 178 (1962).*** See also ***Bell v. Allstate Life Insurance Co., 160 F.3d. 452, 454 (8th Cir. 1998).***

In this case, Plaintiff has not engaged in any undue delay in moving for leave to amend their complaint. This case was filed on November 19, 2007. At this time, the Court has not set a deadline for the filing of amended pleadings or addition of parties. The filing of an amended complaint at this stage in the proceedings will not result in any undue prejudice to the Defendants.

Plaintiff also seeks leave to add TSYS Total Debt Management, Inc. d/b/a National Attorney Network as a Defendant. Rule 21 provides that leave to add parties should be granted on such terms as are just.

***Rule 21. Misjoinder and Non-Joinder of Parties***

***Misjoinder of parties is not ground for dismissal of an action. Parties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just. Any claim against a party may be severed and proceeded with separately.***

Since the time of filing, additional violations of the FDCPA in addition to new evidence of violations of the FCRA have emerged on the part of Defendant's, Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C. Also, new evidence of wrongdoing has emerged as a result of including Capital One Bank as a Co-Defendant in the initial complaint.

To wit Defendant's, Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C. used a false and misleading Affidavit of Verified Bill of Particulars dated March 13, 2007 presented by one Maisha Davis who is a provable employee of the TSYS Total Debt Management d/b/a the National Attorney Network (NAN) who is a debt collector which is whose offices are at 6356 Corley Road, Norcross, GA 30071 yet falsely claimed to work for the Plaintiff in the state court case which was allegedly Capital One Bank and which was allegedly filed by Capital One Bank. Maisha Davis falsely stated having firsthand knowledge of the alleged account when she could not possibly have any knowledge of the alleged account. In doing so, Maisha Davis provided the Plaintiff with false and misleading information which was used by Defendant Law Offices Howard Lee Schiff, P.C. who was represented

by employee Robert E. Johnson, Esq.

The addition of TSYS Total Debt Management Inc. d/b/a National Attorney Network as a Defendant will help to ensure that all issues and injuries flowing from the Defendant's violations of the FDCPA and the FCRA are before the Court. Because this action is still in its earliest stages, Plaintiff has not unduly delayed in seeking joinder of TSYS Total Debt Management Inc. d/b/a National Attorney Network, nor will such joinder result in any undue prejudice to the Defendants.

For the foregoing reasons, Plaintiff requests the Court to grant their motion for leave to file their Amended and to add TSYS Total Debt Management Inc. d/b/a National Attorney Network as a Defendant.

Respectfully submitted,

Mark L. Medeiros

Mark F. Medeiros, Pro Se, 5/8/08
464 Eaton St.
Providence, RI 02908
Tel: (401) 273-9199

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8th, 2008 a copy of the Memorandum in Support of Plaintiff's Motion for Leave to File Amended Complaint and Add Defendant was served by U.S. Mail upon the following: Robert E. Johnson, Esq., and Law Offices Howard Lee Schiff, P.C., 10 Dorrance St. #515, Providence, RI 02903.

Mark F. Medeiros