# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS<br><br>Plaintiff<br>v.<br><br>ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., TSYS TOTAL DEBT MANAGEMENT INC. d/b/a NATIONAL ATTORNEY NETWORK,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.CA 07 425 ML |

**ORDER**

Plaintiff's Motion for Leave to File Amended Complaint and to add TYS Total Debt Management Inc. d/b/a National Attorney Network is hereby GRANTED.

It is so ordered.

______________________________
Dated

______________________________
Mary M. Lisi, Chief Judge