UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
| | ) | CIVIL ACTION NO.CA 07 425 ML |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., AND CAPITAL ONE BANK, | ) | |
| Defendants | ) | MAY 28, 2008 |

OFFER OF JUDGMENT

Pursuant to Fed. Rule Civ. Proc., Rule 68, defendants, Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C., hereby offers to permit judgment to be entered in this matter in favor of all plaintiff and against defendants, Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C. for the sum of Two Thousand Five Hundred Dollars and 00/100 cents ($2,500.00), which sum includes any claims for attorney's fees by the plaintiffs herein.

Plaintiffs have ten (10) days from the date of service of this offer to provide notice that this offer is accepted. If this offer is not accepted within ten (10) days, it shall be deemed withdrawn. If the plaintiffs do not hereafter recover a more favorable amount than this offer, plaintiffs shall be liable for all costs of defendant after this offer is made.

DEFENDANTS, ROBERT E. JOHNSON, ESQ. AND LAW OFFICES HOWARD LEE SCHIFF, P.C.

/s/____________________________

Robert E. Johnson, # 5575
Law Offices Howard Lee Schiff PC
10 Dorrance Street, Suite 515
Providence, Rhode Island 02903
Telephone (401) 861 9991
Fax (401) 861 0246
E-Mail Address: rjohnson@hlschiffpc.com

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, this 28th day of MAY, 2008, to the following counsel of record:

PLAINTIFF
Mark E. Medeiros
464 Eaton Street
Providence, Rhode Island 02908

/s/______________________________________
ROBERT E. JOHNSON