(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Mark F. Medeiros
Plaintiff(s)

v. Dkt. No. 07 425 ML

Robert E. Johnson Esq. et al
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Robert E. Johnson & Law Offices Howard Lee Schiff PC hereby moves that Jeanine M. Dumont be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Jeanine M. Dumont
Print Name

RI Bar ID # 6874

Law Offices Howard Lee Schiff PC
Firm and Business Address

Email: jdumont@hlschiffpc.com

Tel. # 860-528-9991

510 Tolland Street

Fax # 860-528-7602

East Hartford, CT. 06108

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date