UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS, Plaintiff, | : | |
| v. | : | CA 07-425 ML |
| ROBERT E. JOHNSON, ESQ., LAW OFFICES OF HOWARD LEE SCHIFF, P.C., and CAPITAL ONE BANK, Defendants. | : | |

**ORDER GRANTING**
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Before the Court is Plaintiff's Motion for Leave to File Amended Complaint and Add Defendant (Document ("Doc.") #17) ("Motion to Amend" or "Motion"). By the Motion, Plaintiff Mark F. Medeiros ("Plaintiff") seeks to file an amended complaint adding TSYS Total Debt Management Inc. d/b/a/ National Attorney Network as a defendant. See Motion; see also Memorandum in Support of Plaintiff's Motion for Leave to File Amended Complaint and Add Defendant ("Plaintiff's Mem.") at 1. No objection to the Motion has been filed. See Docket.

Accordingly, the Motion to Amend is GRANTED, no objection having been filed. Plaintiff shall file his amended complaint within ten (10) days of the date of this Order.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
June 3, 2008