EXHIBIT A

LAW OFFICES
HOWARD LEE SCHIFF, P.C.

510 TOLLAND STREET - POST OFFICE BOX 280245 - EAST HARTFORD, CT 06128-0245
TELEPHONE (860) 528-9991 - FAX (860) 528-7602

340 MAIN STREET - SUITE 959 - WORCESTER, MA 01608-1603
TELEPHONE (508) 753-9991 - FAX (508) 753-0260

10 DORRANCE STREET - SUITE 515 - PROVIDENCE, RI 02903-2018
TELEPHONE (401) 861-9991 - FAX (401) 861-0246

EAST HARTFORD, CONNECTICUT
PORTLAND, MAINE
WORCESTER, MASSACHUSETTS
CONCORD, NEW HAMPSHIRE
PROVIDENCE, RHODE ISLAND
RUTLAND, VERMONT

October 7, 2006
MARK F MEDEIROS :
RE: CAPITAL ONE BANK
DEBTOR: MARK F MEDEIROS
CN: M69309 R1 Balance Due: $3,722.20

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY FURTHER INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

We suggest that you call us at (866) 234-7606 to make a payment over the phone or mail us a check or money order for the balance due payable to "Law Offices Howard Lee Schiff, P.C." unless you intend to exercise your rights as stated in the Validation Notice below. All questions and payments should be directed to this firm. Please reference the CN number M69309in any corresponsence with this office. You may also make payments via out Internet payment site WWW.PAYSCHIFF.COM.

VALIDATION NOTICE

If you do not dispute the validity of the debt, or any portion thereof, within 30 days of the receipt of this letter, we will assume it is valid. If you dispute the validity of this debt or any portion thereof, in writing within 30 days of receipt of this letter, we will obtain and mail you verification of the debt or a copy of a judgment against you. At your request, in writing within 30 days of receipt of this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

Respectfully,

Law Offices Howard Lee Schiff, P.C.

To assure proper credit, simply write the "CN" number shown above on the bottom of your payment, and return it with this part of this letter in the enclosed reply envelope.

MARK F MEDEIROS
464 EATON ST

PROVIDENCE RI 02908

October 7, 2006
RE: CAPITAL ONE BANK

CN: M69309
Balance: $3,722.20

EXHIBIT B

STATE OF RHODE ISLAND
PROVIDENCE S.C.

DISTRICT COURT DEPARTMENT

SIXTH DIVISION

CAPITAL ONE BANK
Plaintiff

V.

C.A. NO.

MARK F MEDEIROS
Defendant

COMPLAINT

1. On or before 10/05/06 the defendant became indebted to the plaintiff in the sum of $3,062.67 for charges and/or cash advances incurred on defendant's credit account.

2. Despite demand, the balance of $3,062.67 remains wholly unpaid and the defendant has failed and continues to fail to make payment.

3. Provisions of the credit agreement between the parties may provide for interest on any unpaid balance.

4. Said agreement is still owned by the plaintiff.

WHEREFORE, the plaintiff demands judgment against the defendant for damages in the amount of $3,062.67 plus interest, and costs, all as provided for by said agreement.

Plaintiff

By ______________________

Robert E Johnson Esq.#5575
LAW OFFICES HOWARD LEE SCHIFF, P.C.
10 Dorrance St, Suite 515
Providence, RI 02903-2018
(401) 861-9991
Its Attorneys

Dated November 21, 2006

DISTRICT COURT OF R.I.
SIXTH DIVISION
FILED
DEC 0 4 2006
LORRAINE A. [illegible]
CLERK

THIS COMMUNICATION IS FROM A DEBT COLLECTOR
RW CN-M69309

EXHIBIT C

CAPITAL ONE BANK , Plaintiff

V. NO.

MARK F MEDEIROS , Defendant

AFFIDAVIT OF DEBT AND VERIFIED BILL OF PARTICULARS

The undersigned being duly sworn deposes and says that he/she is responsible for the accounts receivable of the Plaintiff and as such is familiar with the facts herein and that based on his/her personal knowledge the Defendant(s) is (are) justly indebted to the Plaintiff as follows:

1. The defendant is not now in the military service of the United States as defined in Article I of the " "Soldiers and Sailor's Civil Relief Act of 1940" as amended nor an infant, incompetent or infirm

2. That on or before 10/05/06 the Defendant(s) became indebted to the Plaintiff in the sum of $3,062.67 according to the books and records of the plaintiff on the defendants account # [redacted].

3. That up to and including the date of March 7, 2007 the Defendant(s) paid a total of $0 on said debt, leaving a balance of $3,062.67

4. The agreement between the parties provides for interest calculated at 12.000 % per annum from 10/05/06 to March 7, 2007 which sum is $154.06

5. Said agreement also provides for reasonable attorney's fee which sum is $0

Defendant(s) is (are) entitled to no defenses, setoffs or counterclaims.

Maisha Davis

MEDIA SERVICES REPRESENTATIVE

Subscribed and sworn to me this ________ day of MAR 1 3 2007 20

Notary Public, Commission Expires:

RU CN-M69309

Dudley Turner
Notary Public, Dekalb County, Georgia
My Commission Expires January 19, 2009

EXHIBIT D



**SALLIE MAE #28604103106F**
PO BOX 9500
WILKES BARRE, PA 18773-9500
(888) 272-5543

**Balance:** $0
**Date Updated:** 11/1999
**High Balance:** $750
**Terms:** MONTHLY $10

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** INSTALLMENT ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 02/1990
**Date Closed:** 11/1999

**Loan Type:** STUDENT LOAN
**Remarks:** TRANSFERRED TO ANOTHER LENDER

**SALLIE MAE #28604103107F**
PO BOX 9500
WILKES BARRE, PA 18773-9500
(888) 272-5543

**Balance:** $0
**Date Updated:** 11/1999
**High Balance:** $2,500
**Terms:** MONTHLY $35

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** INSTALLMENT ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 02/1990
**Date Closed:** 11/1999

**Loan Type:** STUDENT LOAN
**Remarks:** TRANSFER

## Regular Inquiries

The following companies have received your credit report. Their inquiries remain on your credit report for two years.

**WASHINGTON MUTUAL VIA WASHINGTON MUTUAL**
4 EXECUTIVE CAMPUS
CHERRY HILL, NJ 08002
(800) 648-2513
**Requested On:** 01/28/2008 **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** CREDIT TRANSACTION

**CA/J ANTHONY CAMBECE (47**
4340 S MONACO ST
DENVER, CO 80237
(303) 296-3345
**Requested On:** 08/09/2007 **Inquiry Type:** INDIVIDUAL

**ATTY HOWARD L SCHIFF**
1205 MAIN ST
POB 280245
EAST HARTFORD, CT 06108
(860) 528-9991
**Requested On:** 07/10/2007 **Inquiry Type:** INDIVIDUAL

**BRACHFELD ASSOCIATES**
20300 S VERMONT AV
STE 120
TORRANCE, CA 90502
(888) 856-2120
**Requested On:** 06/29/2007 **Inquiry Type:** INDIVIDUAL

**NCO FINANCIAL SYSTEMS**
507 PRUDENTIAL ROA
HORSHAM, PA 19044
(888) 207-3081
**Requested On:** 03/11/2007 **Inquiry Type:** INDIVIDUAL

**NCO FINANCIAL SYSTEMS**
507 PRUDENTIAL ROA
HORSHAM, PA 19044
(888) 207-3081
**Requested On:** 09/15/2007 **Inquiry Type:** INDIVIDUAL

**WELTMAN WEINBERG,REIS**
965 KEYNOTE CIRCLE
BROOKLYN HTS, OH 44131
(216) 739-5100
**Requested On:** 07/12/2007 **Inquiry Type:** INDIVIDUAL

**WELTMAN WEINBERG REIS**
965 KEYNOTE CIRCLE
BROOKLYN, OH 44131
Phone number not available
**Requested On:** 07/02/2007 **Inquiry Type:** INDIVIDUAL
**Permissible Purpose:** COLLECTION

**FIRST PREMIER BANK**
900 W DELAWARE
PO BOX 5114
SIOUX FALLS, SD 57117
(605) 357-3440
**Requested On:** 06/09/2007 **Inquiry Type:** INDIVIDUAL

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**WARRANTY ACTIVATION HEAD** **Requested On:** 10/2007
12244 TESSON FERRY ROAD
SAINT LOUIS, MO 63128
(800) 376-5553

**CREDIT CARD PROTECTION A** **Requested On:** 06/2007
4501 FORBES BLVD
LANHAM, MD 20706-4326
Phone number not available

EXHIBIT E

Home | Personal | Small Business | Merchants | Corporations

Customer Service | Site

American Express

Manage Your Accounts

Select Another Account

**American Express**
PO Box 31525
Salt Lake City, UT 84131

November 16, 2007

Reference: 2007320 60 02996 USD

Dear Mark F Medeiros:

Thank you for your recent application for the American Express® Preferred Rewards Gold Card. We do value your desire to establish a relationship with us. We regret that we are unable to approve your request for the following reason(s):

Information received from Experian Consumer Reporting Agency (See below)

The factors provided by the consumer reporting agency that affected our decision are:

Charge off within the last two years
Collection item in the last two years
Unsatisfied account 90+ days past due with a balance of $200+ greater than 1 year

Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency(ies) listed in this letter. Please understand that the reporting agency(ies) played no part in our decision and cannot supply you with specific reasons why we denied credit to you. You have a right under the Fair Credit Reporting Act to obtain a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. If you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Enclosed is an important notice concerning your rights. The creditor is American Express Centurion Bank.

It has been our experience that applicants who do not meet our basic requirements at one time may qualify later on. We invite you to submit a new application at a later date when your circumstances have changed.

**Was this e-mail helpful?** Please help us improve our online communication to you. Click here to provide feedback.
Thank you for your interest in our service.

Sincerely,

EXHIBIT E

Donna Potts

Donna Potts
New Accounts Department

DP/ag

**Experian**
P.O. Box 2002
Allen, TX 75013
1 888 397 3742
www.experian.com/ra

**IMPORTANT NOTICE CONCERNING YOUR RIGHTS**

**Notice to U.S. Residents.**
The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning American Express Centurion Bank is the FDIC Consumer Response Center, 2345 Grand Boulevard, Suite 100, Kansas City, MO 64108. The federal agency that administers compliance with this law concerning American Express Bank, FSB is the Office of Thrift Supervision, P.O. Box 7165, San Francisco, CA 94120-7165. The federal agency that administers compliance with this law concerning American Express TRS Co., Inc. is the Federal Trade Commission, Equal Credit Opportunity, Washington D.C. 20580.

**Notice to Ohio Residents.**
The Ohio state laws against discrimination require that all creditors make credit equally available to all creditworthy customers and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

**Notice to WashingtonResidents.**
The Washington state laws against discrimination prohibit discrimination in credit transactions because of race, creed, color, national origin, sex, or marital status. The Washington State Human Rights Commission administers compliance with this law.

UGNEUGNU0002001

View Corporate Entities and Important Disclosures, Web Site Rules and Regulations, Trademarks, and Privacy Statement. Copyright © 1995-2003 American Express Company. All Rights Reserved. Users of this site agree to be bound by the terms of the American Express Web Site Rules and Regulations.