# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
| | ) | CIVIL ACTION NO.CA 07 425 ML |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. JOHNSON, ESQ., | ) | |
| LAW OFFICES HOWARD LEE SCHIFF, P.C. | ) | |
| | ) | |
| Defendants | ) | |

**MOTION IN LIMINE TO PREVENT DEFENDANT'S FROM DEMANDING DISCOVERY PRIOR TO ORDER OF THE COURT FOR RULE 26(f)**

Pursuant to the Federal Rules of Civil Procedure 16(c)(6) the Plaintiff, Mark F. Medeiros motions this Honorable Court for a ruling on the control and scheduling of discovery, including orders affecting disclosures and discovery pursuant to Rule 26 and Rules 29 through 37.

The Plaintiff received a Notice of Deposition (Exhibit 1) dated May 28, 2008 from the Defendant's, Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C. by U.S.P.S. on June 2, 2008. The Defendant's prepared the Notice of Deposition without the Court having ordered this case to Rule 26(f) Conference Of Parties; Planning for Discovery and the Plaintiff discovered through Paçer that the Defendant's did not file this Notice of Deposition with the Court.

Mark F. Medeiros, ProSe, 6/12/08
464 Eaton St.
Providence, Rhode Island 02908
Telephone (401) 273-9199

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, this 12th day of June, 2008, to the following: Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C., 10 Dorrance St. #515, Providence, RI 02908

Mark F. Medeiros

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
| | ) | CIVIL ACTION NO.CA 07 425 ML |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. JOHNSON, ESQ., | ) | |
| LAW OFFICES HOWARD LEE SCHIFF, P.C. | ) | |
| | ) | |
| Defendants | ) | |

**MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO PREVENT DEFENDANT'S FROM DEMANDING DISCOVERY PRIOR TO ORDER OF THE COURT FOR RULE 26(f)**

Pursuant to the Federal Rules of Civil Procedure 16(c)(6) the Plaintiff, Mark F. Medeiros motions this Honorable Court for a ruling on the control and scheduling of discovery, including orders affecting disclosures and discovery pursuant to Rule 26 and Rules 29 through 37.

***16(c) SUBJECTS FOR CONSIDERATION AT PRETRIAL CONFERENCES. At any conference under this rule consideration may be given, and the court may take appropriate action, with respect to***

***(6) the control and scheduling of discovery, including orders affecting disclosures and discovery pursuant to Rule 26 and Rules 29 through 37;***

The Plaintiff received a Notice of Deposition (Exhibit 1) dated May 28, 2008 from the Defendant's, Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C. by U.S.P.S. on June 2, 2008. The Defendant's prepared the Notice of Deposition without the Court having ordered this case to Rule 26(f) Conference Of Parties; Planning for Discovery and the Plaintiff discovered through Pacer that the Defendant's did not file this Notice of Deposition with the Court.

Mark F. Medeiros, ProSe, 6/12/08
464 Eaton St.
Providence, Rhode Island 02908
Telephone (401) 273-9199

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, this 12th day of June, 2008, to the following: Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C., 10 Dorrance St. #515, Providence, RI 02908

Mark F. Medeiros