EXHIBIT 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
| | ) | CIVIL ACTION NO.CA 07 425 ML |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., AND CAPITAL ONE BANK, | ) | |
| Defendants | ) | MAY 28, 2008 |

## NOTICE OF DEPOSITION

Pursuant to Fed. Rule Civ. Proc. 30, YOU ARE NOTIFIED THAT ON **FRIDAY, JULY 25, 2008** at **10:00 A.M.**, defendants, Robert E. Johnson, Esq. and Law Offices Howard Lee Schiff, P.C., will take the oral deposition of plaintiff, MARK E. MEDEIROS in the-above captioned action, at the Law Offices Howard Lee Schiff P.C., at **10 Dorrance Street, Suite 515, Providence, Rhode Island**. The deposition will continue from day to day until completed. The deposition will be record by notary public or other person duly authorized to administer oaths, and may be recorded on videotape as well. All parties are invited to attend and cross-examine.

Pursuant to Fed. Rule Civ. Proc. 30(b)(5), plaintiff is hereby requested to produce at the time of the deposition any and all documents that he has in his possession relating to this lawsuit, including but not limited to, all correspondence, including correspondence with third parties relating to this case as well as correspondence with any defendant; any records relating to Capital One Bank credit cards accounts, including account statements, terms and conditions, and mailing; and any documents which support or tend to support your claim for damages in this case against defendants.

EXHIBIT I

DEFENDANTS, ROBERT E. JOHNSON, ESQ. AND
LAW OFFICES HOWARD LEE SCHIFF, P.C.

Robert E. Johnson, #5575
Law Offices Howard Lee Schiff PC
10 Dorrance Street, Suite 515
Providence, Rhode Island 02903
Telephone (401) 861 9991, Fax (401) 861 0246
E-Mail Address: rjohnson@hlschiffpc.com

**CERTIFICATION OF SERVICE**

**I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, this 28st day of MAY, 2008, to the following counsel of record:**

**PLAINTIFF**
Mark E. Medeiros
464 Eaton Street
Providence, Rhode Island 02908

ROBERT E. JOHNSON

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**