AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS<br>Plaintiff<br>v.<br>TSYS TOTAL DEBT MANAGEMENT INC.<br>Defendant | )<br>)<br>)<br>)<br>) | Civil Action No. 07-425 ML |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

R/A Corporation Service Co.

TSYS TOTAL DEBT MANAGEMENT INC. d/b/a
NATIONAL ATTORNEY NETWORK
222 JEFFERSON BOULEVARD, SUITE 200
WARWICK, RI 02888

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

MARK F. MEDEIROS
464 EATON ST.
PROVIDENCE, RI 02908

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6/5/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on TSYS Total Debt Management Inc., by:

(1) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Corporation ~~[illegible]~~ Service Co. 222 Jefferson Blvd Warwick R.I.; or

(4) returning the summons unexecuted to the court clerk on ______________; or

(5) other *(specify)* ______________________.

My fees are $ 45.00 for travel and $ —— for services, for a total of $ ~~0.00~~ 45.00.

Date: 6/11/08

[signature]

Server's signature

Alfred J. Harris
Authorized Federal Process Server

Printed name and title

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862

Server's address

X Richard P. D'Amico

FILED
2008 JUN 13 P 1:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND