UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
| | ) | CIVIL ACTION NO.CA 07 425 ML |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., AND CAPITAL ONE BANK, | ) | |
| Defendants | ) | |

ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendants, ROBERT E. JOHNSON, ESQ. and LAW OFFICES HOWARD LEE SCHIFF, P.C., hereby respond to the Amended Complaint of the plaintiff as follows:

FIRST CAUSE OF ACTION

Defendants, ROBERT E. JOHNSON, ESQ. and LAW OFFICES HOWARD LEE SCHIFF P.C., hereby respond to the First Cause of Action by denying the allegations contained in the unnumbered paragraphs of this Count.

SECOND CAUSE OF ACTION

Defendant, ROBERT E. JOHNSON, ESQ., hereby responds to the Second Cause of Action by denying the allegations contained in the unnumbered paragraphs of this Count.

THIRD CAUSE OF ACTION

Defendant, ROBERT E. JOHNSON, ESQ., hereby responds to the Third Cause of Action by denying the allegations contained in the unnumbered paragraphs of this Count.

FOURTH CAUSE OF ACTION

Defendant, LAW OFFICES HOWARD LEE SCHIFF P.C., hereby responds to the Fourth Cause of Action admitting only that a credit report was obtained, but denying the remainder of the allegations contained in the unnumbered paragraphs of this Count.

FIFTH CAUSE OF ACTION

Defendant, ROBERT E. JOHNSON, ESQ., hereby responds to the Fifth Cause of Action admitting only that Attorney Johnson contacted the defendant, but denying the remainder of the allegations contained in the unnumbered paragraphs of this Count.

## AFFIRMATIVE DEFENSES

First Affirmative Defense

Plaintiff has failed to allege a cause of action upon which relief may be granted.

Second Affirmative Defense

Plaintiff has failed to mitigate his damages, if any.

Third Affirmative Defense

Plaintiff has failed and refused to provide defendants with a reasonable settlement demand, and therefore, plaintiff has unnecessarily expanded this litigation and acted in bad faith.

Fourth Affirmative Defense

Any alleged violation of the Fair Debt Collection Practices Act alleged herein was solely the result of a bona fide error.

WHEREFORE, defendants, LAW OFFICE HOWARD LEE SCHIFF P.C. and ROBERT E. JOHNSON, ESQ., pray that plaintiff recover nothing in this action.

DEFENDANTS, ROBERT E. JOHNSON, ESQ. AND
LAW OFFICES HOWARD LEE SCHIFF, P.C.

/s/____________________________

Robert E. Johnson, # 5575
Law Offices Howard Lee Schiff PC
10 Dorrance Street, Suite 515
Providence, Rhode Island 02903
Telephone (401) 861 9991
Fax (401) 861 0246
E-Mail Address: rjohnson@hlschiffpc.com

CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, this 27th day of JUNE, 2008, to the following counsel of record:

PLAINTIFF
Mark E. Medeiros
464 Eaton Street
Providence, Rhode Island 02908

/s/__________________________________
ROBERT E. JOHNSON