UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK F. MEDEIROS

v. C.A. 07-425ML

ROBERT E. JOHNSON, ESQ.
LAW OFFICES OF HOWARD LEE
SCHIFF, P.C. and CAPITAL ONE BANK

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated June 10, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Motions to Dismiss defendant Capital One Bank are hereby GRANTED.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
June 30, 2008

Entered as an Order of this Court on June 30, 2008

Barbara Barletta
Deputy Clerk