**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARK MEDEIROS**<br>**Plaintiff,**<br><br>**v.**<br><br>**ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK,**<br>**Defendants.** | ) | **CA No.: 07 425 ML** |

**DEFENDANT TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a**
**NATIONAL ATTORNEY NETWORK'S**
**RULE 12(e) MOTION FOR MORE DEFINITE STATEMENT**

NOW COMES the Defendant TSYS Total Debt Management, Inc. d/b/a National Attorney Network ("Defendant"), and hereby moves pursuant to Fed. R. Civ. P. 12(e) for a more definite statement in response to Plaintiff's Amended Complaint for Violations of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act. Defendant states that Plaintiff's Amended Complaint is so vague and ambiguous that the Defendant is unable to determine the allegations made against it and cannot reasonably prepare a response to Plaintiff's pleading.

As further grounds, the Defendant states that the Plaintiff's Amended Complaint (1) fails to meet the general rules of pleading, Fed.R.Civ.P. 8(a), because the Plaintiff has not made a claim showing he is entitled to relief, nor has he made a demand for the relief sought; and (2) fails to meet the requirements of Fed.R.Civ.P. 10(b) requiring a party to state its claims in numbered paragraphs. As a result of these pleading defects, and the

vague and ambiguous nature of Plaintiff's Amended Complaint, the Defendant is unable to reasonably respond to Plaintiff's Amended Complaint. Also in support of its Motion, Defendant attaches its *Memorandum of Law in Support of Its Rule 12(e) Motion for More Definite Statement.*

WHEREFORE, the Defendant TSYS Total Debt Management, Inc. d/b/a National Attorney Network, respectfully moves that this Court order the Plaintiff to submit a more definite statement pursuant to Fed.R.Civ.P. 12(e).

Respectfully Submitted,
By the Defendant,
TSYS Total Debt Management, Inc.
d/b/a National Attorney Network.
By its Attorneys,

___/s/ Dawn Neborsky______

Dawn Neborsky (#
BONNER KIERNAN TREBACH &
CROCIATA LLP
200 Portland Street, Suite 400
Boston, MA 02114
617-426-3900

DATED: June 30, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, a copy of the foregoing document was served by ECF Electronic Filing System, and first class mail, to the following:

Mark F. Medeiros
464 Eaton Street
Providence, RI 02908

Robert E. Johnson, Esq.
10 Dorrance Street, #515
Providence, RI 02903

Law Offices Howard Lee Schiff, P.C.
10 Dorrance Street, #515
Providence, RI 02903

___/s/ Dawn Neborsky______
Dawn Neborsky