UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS, Plaintiff, | : | |
| v. | : | CA 07-425 ML |
| ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., CAPITAL ONE BANK,[1] and TSYS TOTAL DEBT MANAGEMENT INC. d/b/a NATIONAL ATTORNEY NETWORK, Defendants. | : | |

**SHOW CAUSE ORDER**

Before the Court is a Motion to Dismiss (Doc. #14) filed by Defendants Robert E. Johnson, Esq., and Law Offices Howard Lee Schiff P.C. ("Movants"). Plaintiff has since filed an amended complaint, see Plaintiff's Amended Complaint for Violations of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act (Doc. #22) ("Amended Complaint"), and Movants have filed an answer to the Amended Complaint, see Answer to Plaintiff's Amended Complaint (Doc. #26).

Thus, it appears to the Court that the Motion to Dismiss is moot. Accordingly, Movants are directed to show cause, in writing, within ten (10) days of the date of this Order, why the Court should not recommend that the Motion to Dismiss be denied as moot.[2]

So ordered.

---

[1] Capital One Bank has been dismissed from this action. See Order dated 6/30/08.

[2] In lieu of responding, Defendants may advise the Court, in writing, that the Motion to Dismiss has been withdrawn.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 1, 2008