# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MARK F. MEDEIROS | ) | |
| | ) | CIVIL ACTION NO.CA 07 425 ML |
| Plaintiffs | ) | |
| v. | ) | |
| | ) | |
| ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., AND CAPITAL ONE BANK, | ) | |
| Defendants | ) | JULY 10, 2008 |

## APPEARANCE

Please enter my appearance on behalf of the defendants, ROBERT E. JOHNSON, ESQ. and LAW OFFICES HOWARD LEE SCHIFF, P.C.

DEFENDANTS, ROBERT E. JOHNSON, ESQ. AND LAW OFFICES HOWARD LEE SCHIFF, P.C.

/s/______________________
Jeanine M. Dumont,
Law Offices Howard Lee Schiff PC
10 Dorrance Street, Suite 515
Providence, Rhode Island 02903
Telephone (401) 861 9991
Fax (401) 861 0246
E-Mail Address: rjohnson@hlschiffpc.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid, this 10TH day of JULY, 2008, to the following pro se parties:

PLAINTIFF
Mark E. Medeiros
464 Eaton Street
Providence, Rhode Island 02908

/s/______________________________
JEANINE M. DUMONT

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.