UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK F. MEDEIROS

v. C.A. 07-425ML

ROBERT E. JOHNSON, ESQ.
LAW OFFICES OF HOWARD LEE
SCHIFF, P.C. and CAPITAL ONE BANK

ORDER

The Findings and Recommendation of United States Magistrate Judge David L. Martin dated July 18, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Motion to Dismiss defendants Robert E. Johnson, Esq. And Law Offices of Howard Lee Schiff is denied as moot.

BY ORDER:

Mary M. Lisi

Mary M. Lisi
Chief U.S. District Judge
~~July~~ August 5, 2008

Entered as an Order of this Court on ~~July~~ August 6, 2008

Barbara Barletta

Deputy Clerk