**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MARK MEDEIROS**<br>**Plaintiff,**<br><br>**v.**<br><br>**ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK,**<br>**Defendants.** | ) | **CA No.: 07 425 ML** |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT**

NOW COMES the Defendant, TSYS Total Debt Management, Inc. d/b/a National Attorney Network, and hereby moves this Honorable Court, with the assent of the Plaintiff, Mark Medeiros, to extend the time period in which Plaintiff is required to file his Amended Complaint pursuant to Magistrate Judge David L. Martin's August 13, 2008 Order on Defendant's Motion for More Definitive Statement. The Plaintiff and Defendant have conferred and hereby agree that the Plaintiff shall have an additional fourteen days from August 27, 2008, that is September 10, 2008, to file his Amended Complaint.

WHEREFORE, the Defendant, TSYS Total Debt Management, Inc. d/b/a National Attorney Network, with the assent of the Plaintiff, respectfully requests that the

Court grant this Assented to Motion, and allow an extension of fourteen (14) days for the Plaintiff to file his Amended Complaint.

Respectfully Submitted,
By the Defendant,
TSYS Total Debt Management, Inc.
d/b/a National Attorney Network.
By its Attorneys,

/s/ Dawn Neborsky______________
Dawn Neborsky (#6671)
BONNER KIERNAN TREBACH &
CROCIATA LLP
200 Portland Street, Suite 400
Boston, MA 02114
617-426-3900

DATED: August 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2008, a copy of the foregoing document was served by ECF Electronic Filing System, and first class mail, to the following:

Mark F. Medeiros
464 Eaton Street
Providence, RI 02908

Robert E. Johnson, Esq.
10 Dorrance Street, #515
Providence, RI 02903

Law Offices Howard Lee Schiff, P.C.
10 Dorrance Street, #515
Providence, RI 02903

___/s/ Dawn Neborsky______
Dawn Neborsky