**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **MARK MEDEIROS**<br>**Plaintiff,**<br><br>**v.**<br><br>**ROBERT E. JOHNSON, ESQ., LAW OFFICES HOWARD LEE SCHIFF, P.C., TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK,**<br>**Defendants.** | **CA No.: 07 425 ML** |

**ASSENTED TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER AMENDED COMPLAINT FOR PURPOSES OF SETTLEMENT NEGOTIATIONS**

NOW COMES the Defendant, TSYS Total Debt Management, Inc. d/b/a National Attorney Network, and hereby moves this Honorable Court, with the assent of the Plaintiff, Mark Medeiros, to extend the time period in which the Defendant is required to file its Answer to Plaintiff's Amended Complaint. The Plaintiff and Defendant have conferred and are in the process of settling this claim. For purposes of settlement negotiations, the Plaintiff and Defendant hereby agree that the Defendant shall have an additional thirty (30) days, until October 29, 2008, to file its answer. This additional time is requested so that the parties may prepare a release and settlement agreement, with the expectation of then filing a stipulation of dismissal with the Court upon resolution of this matter.

WHEREFORE, the Defendant, TSYS Total Debt Management, Inc. d/b/a National Attorney Network, with the assent of the Plaintiff, respectfully requests that the Court grant this Assented to Motion, and allow additional thirty (30) days for the Defendant to answer the Plaintiff's Amended Complaint for purposes of settling this matter.

Respectfully Submitted,
By the Defendant,
TSYS Total Debt Management, Inc.
d/b/a National Attorney Network.
By its Attorneys,

/s/ Dawn Neborsky______________
Dawn Neborsky (#6671)
BONNER KIERNAN TREBACH &
CROCIATA LLP
200 Portland Street, Suite 400
Boston, MA 02114
617-426-3900

DATED: September 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2008, a copy of the foregoing document was served by ECF Electronic Filing System, and first class mail, to the following:

Mark F. Medeiros
464 Eaton Street
Providence, RI 02908

Robert E. Johnson, Esq.
10 Dorrance Street, #515
Providence, RI 02903

Law Offices Howard Lee Schiff, P.C.
10 Dorrance Street, #515
Providence, RI 02903

___/s/ Dawn Neborsky______
Dawn Neborsky