UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| MARK MEDEIROS )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT E. JOHNSON, ESQ., LAW )<br>OFFICES HOWARD LEE SCHIFF, P.C.,)<br>TSYS TOTAL DEBT MANAGEMENT, )<br>INC. d/b/a NATIONAL ATTORNEY )<br>NETWORK, )<br>    Defendants. )<br>) | CA No.: 07 425 ML |

## STIPULATION OF DISMISSAL

NOW COME the parties and hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and LR cv 39.4(a), that the above action, including all claims, cross-claims, and counterclaims, is dismissed with prejudice and without costs to any party, with all rights of appeal waived.

Respectfully Submitted,

By the Plaintiff,
Mark F. Medeiros,

/s/ Mark Mederios
Mark Mederios, *pro se*
464 Eaton Street
Providence, RI, 02908

By the Defendant,
TSYS Total Debt Management, Inc.
d/b/a National Attorney Network,
By its Attorneys,

/s/ Dawn Neborsky
Dawn Neborsky (#6671)
BONNER KIERNAN TREBACH &
CROCIATA LLP
200 Portland Street, Suite 400
Boston, MA 02114
617-426-3900

By the Defendant,
Robert E. Johnson, Esq.


　/s/ Jeannine M. Dumont
Jeannine M. Dumont
Law Offices of Howard Lee Schiff, P.C.
510 Tolland Street
East Hartford, CT 06108


By the Defendant,
Law Offices Howard Lee Schiff, P.C.


　/s/ Robert E. Johnson
Robert E. Johnson, Esq.
Law Offices of Howard Lee Schiff, P.C.
10 Dorrance Street, #515
Providence, RI 02903